UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANITA FORD | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 23-CV-1361 |
| WALMART INC., WAL-MART | § | |
| STORES TEXAS, LLC D/B/A WAL- | § | |
| MART SUPERCENTER #5145; CP | § | |
| DELLVIEW III GP, LLC; AND WAL- | § | |
| MART SUPERCENTER #5145 | § | JURY DEMANDED |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, WALMART INC., WAL-MART STORES TEXAS, LLC and WAL-MART SUPERCENTER #5145 file this Notice of Removal pursuant to 28 U.S.C. § 1441, as follows:

### Commencement and Service

1.  On September 20, 2023, Plaintiff, Anita Ford, commenced this action against Walmart Inc., Wal-Mart Stores Texas, LLC and Wal-Mart Supercenter #5145, by filing Plaintiff's Original Petition in the 408th Judicial District Court of Bexar County, Texas, Cause No. 2023CI20480, *Anita Ford v. Walmart Inc.; Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Supercenter #5145; CP Dellview III GP, LLC; and Wal-Mart Supercenter #5145*. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Walmart Inc. received service of process and Plaintiff's Original Petition on September 29, 2023. A copy of the Citation and Affidavit of Service is attached hereto as **Exhibit B**. Wal-Mart Stores Texas, LLC received service of process and Plaintiff's Original Petition on September27, 2023. A copy of the Citation and Affidavit of Service is attached hereto as **Exhibit C**. Walmart Inc., Wal-Mart Stores Texas, LLC and Wal-Mart Supercenter #5145 filed their Original Answer to Plaintiff's Original Petition on October 20, 2023, attached hereto as **Exhibit D** and their Demand for Jury Trial attached hereto as **Exhibit E.**

2.      CP Dellview III GP, LLC received service of process and Plaintiff's Original Petition on September 27, 2023. A copy of the Citation and Affidavit of Service is attached hereto as **Exhibit F.** At the time of the filing of this Notice of Removal, CP Dellview III GP, LLC had not filed an Answer to Plaintiff's Original Petition.

3.      This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

### Grounds for Removal

4.      Walmart Inc., Wal-Mart Stores Texas, LLC and Wal-Mart Supercenter #5145 are entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship. **See Exhibit A, Plaintiff's Original Petition at paragraph 1, wherein Plaintiff states the monetary relief sought is over $250,000 but not over $1,000,000.**

### Diversity of Citizenship

5.      This is an action between parties with diversity of citizenship.

6.      Plaintiff is a citizen of Texas.

7.      Walmart Inc. is a corporation that is incorporated in the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a citizen of both the State of Delaware and the State of Arkansas.

8.  Defendant Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Accordingly, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

9.  Wal-Mart Supercenter #5145 is not a legal entity. Wal-Mart Supercenter #5145 is a common name of the Walmart Store operated by the correct entity, Wal-Mart Stores Texas, LLC. Since Wal-Mart Supercenter #5145 is a made up common name of Wal-Mart Stores Texas, LLC and not a separate person, corporation or other legal entity, it has no separate citizenship.

10. No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

## Amount in Controversy

11. The amount in controversy exceeds the sum of $75,000.00.  **See Exhibit A, Plaintiff's Original Petition paragraph 1.**

## Venue

12. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

## Notice

13. Contemporaneous with the filing of this notice of removal, Defendants will give notice of this filing to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendants will also file with the clerk of the state court and will serve upon Plaintiff's counsel and all other parties'' counsel of record, a notice of the filing of this notice of removal.

## Jury Demand

14. Plaintiff demanded a jury trial in the state court action.

## State Court Pleadings

15. Copies of state court pleadings which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A and F.**  This case is being removed from the 408th Judicial District Court of Bexar County, Texas.

## Exhibits to Notice of Removal

16. The following documents are attached to this Notice as correspondingly lettered exhibits:

    A. Plaintiff's Original Petition.
    B. Citation and Affidavit of Service for Walmart Inc.

C.  Citation and Affidavit of Service for Wal-Mart Stores Texas, LLC.
D.  Defendants' Original Answer to Plaintiff's Original Petition.
E.  Defendants' Demand for Jury Trial.
F.  Citation and Affidavit of Service for CP Dellview III, GP, LLC.
G.  Register of Actions.
H.  List of Counsel of Record.

WHEREFORE, Defendants, Walmart Inc., Wal-Mart Stores Texas, LLC and Wal-Mart Supercenter #5145 pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 408th Judicial District Court of Bexar County, Texas.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

/s/ *James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS,
WALMART INC.
WAL-MART STORES TEXAS, LLC
WAL-MART SUPERCENTER #5145**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record via priority mail on this the 26th day of October, 2023.

Dustin Brown
Stanley and Associates, PLLC
2600 K Avenue, Sutie 180
Plano, Tx 75074
**ATTORNEY FOR PLAINTIFF**

*/s/ James K. Floyd*
James K. Floyd